IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Case No. BK 13-80946 |
| | ) | Chapter 13 |
| Scott J. Stark, | ) | **MOTION FOR AUTHORIZATION** |
| Toni L. Stark, | ) | **TO ENTER INTO A MODIFICATION** |
| | ) | **OF A MORTGAGE LOAN** |
| Debtors. | ) | |

     COMES NOW the Debtors in the above captioned matter, by and through their undersigned attorney of record, and hereby moves the Court to grant permission for the Debtors to enter into a modification of their mortgage loan. In support of this motion, the Debtors state the following:

1. That the Debtors filed a voluntary petition April 29th, 2013 and currently are making payments to the Chapter 13 Trustee. That the plan is confirmed.

2. That the Debtors have a current mortgage with Nationstar Mortgage with an approximate balance of $367,904.05.

3. That the Debtors wish to modify their loan with Nationstar Mortgage in order to allow them to bring their mortgage payments current. The loan would be for approximately $367,904.05 for 40 years with an interest rate of 4.00%.

4. That modifying their mortgage would lower their interest rate from 4.63% to 4.00% and change their monthly payment from $2,509.93 to $2,763.06 a month.

    WHEREFORE, the Debtors respectfully request that the Court allow them to modify their home loan as set forth in the terms above.

Dated: November 19, 2015                    Scott Stark,
                                                            Toni Stark,
                                                            Debtors.

                                                     /s/ Francis X. Skrupa
                                                  Francis X. Skrupa #19722
                                                  11711 Arbor St., Ste 100
                                                  Omaha, NE  68144
                                                  Attorney for the Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Case No. BK 13-80946 |
| | ) | Chapter 13 |
| Scott Stark, | ) | |
| Toni Stark, | ) | |
|     Debtors. | ) | |

## NOTICE SETTING RESISTANCE DEADLINE

Pursuant to Neb. R. Bankr. P. 9013-1, You are hereby notified as follows:

1. Francis X. Skrupa, attorney for the above captioned debtor, has filed a MOTION FOR AUTHORIZATION TO ENTER INTO A LOAN MODIFICATION.

2. The last day to file a resistance to the Motion to Borrow/Incur Debt is November 30, 2015. The Resistance must be served on Debtors' counsel.

3. If the resistance period expires without the filing of any resistance, and declaration, the Court will consider entering an order granting the relief sought without further notice or hearing.

Dated: November 19, 2015
                                                                               By: /s/ Francis X. Skrupa
                                                                               Francis X. Skrupa, #19722
                                                                               11711 Arbor St., Ste 100
                                                                               Omaha, NE  68144
                                                                               (402) 571-2900

# CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2015, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system and hereby certify I have electronically notified Kathleen Laughlin, Chapter 13 Trustee via CM/ECF and mailed the foregoing document by U. S. mail, postage prepaid to all parties in interest as noted on the attached matrix:

Bank Of America
Po Box 1598
Norfolk, VA 23501

Bank Of America, N.a.
450 American St
Simi Valley, CA 93065

Bank Of The West
2527 Camino Ramon
San Ramon, CA 94583

Chase
Po Box 15298
Wilmington, DE 19850

Chase
Po Box 15298
Wilmington, DE 19850

Chase
Po Box 15298
Wilmington, DE 19850

Dexone
9394 W Dodge Rd # 300
Omaha, NE 68114

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Douglas County Attorney
1701 Farnam Street
100 Hall Justice
Omaha, NE 68183

Douglas County Treasurer
1819 Farnam Street #H-03
Omaha, NE 68183-0003

Internal Revenue Service
Insolvency
1616 Capitol Ave, Stop 5300
Omaha, NE 68102

Internal Revenue Service
Attn: Insolvency Unit
PO Box 21126
Philadelphia, PA 19114

John Deere
P.O. Box 6600
Johnston, IA 50131

Nationstar Mortgage LLC
350 Highland Dr
Lewisville, TX 75067

Nationwide Bank

Nebraska Department Of Revenue
P.O. Box 94818
Lincoln, NE 68509

Nebraska Furniture Mar
700 S 72nd St
Omaha, NE 68114

Nissan Motor Acceptanc
Po Box 660360
Dallas, TX 75266

Sheffield Fn
Bb T/Attn: Bankruptcy Department
Po Box 1847
Wilson, NC 27894

Sheffield Fn
Po Box 1704
Wilson, NC 27894

State Farm Insurance
P.O. Box 52268
Phoenix, AZ 85072-2268

Toyota Motor Credit
Toyota Financial Services
Po Box 8026
Cedar Rapids, IA 52408

Us Bank

Us Bank

Us Bank
Po Box 5227
Cincinnati, OH 45201

Us Bank Hogan Loc
Po Box 5227
Cincinnati, OH 45201

Us Bk Rms Cc
205 W 4th St
Cincinnati, OH 45202

US Department of Education
Office Of General Counsel
600 Independence Ave., S. W.  Room 5442
Washington, DC 20202

US Department of Education
Office Of Post Secondary Education
50 Beale St., Ste. 900
San Francisco, CA 94105-1863

Us Dept Of Education
Attn: Borrowers Service Dept
Po Box 5609
Greenville, TX 75403

Walentine O'Toole
PO Box 540125
Omaha, NE 68154

Wells Fargo Card Ser
1 Home Campus
3rd Floor
Des Moines, IA 50328

<u>/s/Francis X. Skrupa</u>