IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: ) | CASE NO. 13-80946-TLS | |
| ) | CHAPTER 13 | |
| ) | | |
| SCOTT JEROME STARK and ) | WITHDRAWAL OF | |
| TONI LEIGH STARK, ) | PROOF OF CLAIM #18 | |
| ) | | |
| Debtors. ) | | |

COMES NOW the creditor, Nationstar Mortgage LLC (Claim #16) and hereby withdraws the Proof of Claim filed on December 13, 2016 as Claim Number 18.

DATED this 13th day of December, 2016.

NATIONSTAR MORTGAGE LLC

By: *s/Eric H. Lindquist*
Eric H. Lindquist, #18112
Eric H. Lindquist, P.C., L.L.O.
8712 West Dodge Road, Ste. 260
Omaha, NE  68114
Telephone:  (402) 829-0400
Facsimile:  (402) 829-0409

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Withdrawal of Proof of Claim #18 was served upon Francis X. Skrupa, upon Kathleen A. Laughlin and upon Patricia Fahey, U.S. Trustee, via electronic notification on the 13th day of December, 2016.

*s/Eric H. Lindquist*
Eric H. Lindquist

LKB